

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-22-00210-CR
_____

DEANDRE DESHAUN ARCHIELD, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 264th District Court
Bell County, Texas
Trial Court No. 83469, Honorable Paul L. LePak, Presiding

August 18, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Deandre Deshaun Archield was convicted of aggravated robbery and sentenced to twenty-two years' confinement. The trial court's certification of appellant's right of appeal reflects that this is a plea-bargain case from which appellant has no right of appeal. The certification comports with the record before the Court. Notwithstanding the certification, appellant filed a notice of appeal, pro se, challenging his conviction.[1]

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." By letter of July 20, 2022, we notified appellant of the consequences of the trial court's certification and directed him to file a response demonstrating grounds for continuing the appeal by August 1. To date, appellant has not filed a response or had any further communication with this Court.

Accordingly, we dismiss the appeal based on the trial court's certification. *See* TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.